FILED
2015 Dec-01 PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERIC L. GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-01691-WMA-JHE |
| | ) |
| WARDEN WILLIAM TAYLOR, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On September 25, 2015, Petitioner Eric L. Griffin ("Griffin") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to attack his federal sentence under *Johnson v. United States*, 135 S. Ct. 2551 (2015). (Doc. 1). Because he did not pay the $5.00 filing fee or apply to proceed *in forma pauperis*, the Court issued a notice of deficient pleading on September 30, 2015, informing him that his failure to do one or the other within thirty days of the date of the notice would result in dismissal of his case for want of prosecution. (Doc. 2) (citing FED. R. CIV. P. 41(b)). That deadline has passed, and Griffin has not paid the filing fee or filed an application to proceed *in forma pauperis*. Accordingly, Griffin's petition is due to be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. A separate order will be entered.

DONE this 1st day of December, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE